# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02746-RGK-JEM | Date | October 14, 2021 |
|---|---|---|---|
| Title | *Terrie Pritchett v. Kiet Hong et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause

Plaintiff filed a complaint against Defendants on March 30, 2021. (ECF No. 1.) On July 16, 2021, Plaintiff filed a notice of settlement. (ECF No. 15.) The Court orders the parties to show cause as to why this case should not be dismissed for lack of prosecution by either (1) filing a stipulation of dismissal by November 8, 2021, or (2) filing a joint status report by November 8, 2021 and appearing for a scheduling conference on November 8, 2021 at 9:00 AM.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer