JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE PRITCHETT, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>KIET CHI HONG, an individual; CATHERINE MARIE HONG, an individual; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-02746-RGK-JEM<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:  March 30, 2021<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Terrie Pritchett's action against Defendants Kiet Chi Hong and Catherine Marie Hong is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: October 19, 2021

_Gary Klausner_
Hon. R. Gary Klausner
United States District Judge